IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:09CR242 |
| | ) | (Financial Litigation Unit) |
| BRANDON STEWART FOLEY | ) | |

**ORDER MODIFYING RESTITUTION ORDER**

THIS MATTER is before the Court pursuant to the consent of the parties and the Government's Motion for Modification of Restitution Order (Docket No. 21). The Government's motion is GRANTED.

The Clerk is directed to AMEND Judgment in this case (Docket No. 19) to finalize restitution as follows:

1. Defendant Brandon Stewart Foley is ordered to pay restitution in the amount of $1,051,730.20 to Federal National Mortgage Association, 3900 Wisconsin Avenue NW, Washington, DC 20016; in the amount of $208,563.50 to Federal Home Loan Mortgage Corporation, P.O. Box 730453, Dallas, TX 75373-0453; and in the amount of $212,727.73 to Bank of America, 101 South Tryon Street, Charlotte, NC 28255.

2. Defendant Brandon Stewart Foley shall be held jointly and severally liable for restitution with co-defendant Michael J. Foley (3:10-cr-161).

IT IS SO ORDERED.

Signed: August 17, 2012

Frank D. Whitney
United States District Judge